UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHERINE CALLAHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-02467-JPH-TAB |
| MADISON COUNTY CORONER'S OFFICE, BOARD OF COMMISSIONERS OF MADISON COUNTY, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim Baker has entered a Report and Recommendation, dkt. 71, recommending that the Court grant Plaintiff Katherine Callahan's motion for sanctions, dkt. 60. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [71]. The motion for sanctions is **GRANTED**. Dkt. [60]. The parties **SHALL CONFER** on a reasonable attorney's fee award and, if they are unable to agree, Ms. Callahan may file a motion for fees within 21 days of this order. **SO ORDERED**.

Date: 12/8/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel