UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KATHERINE CALLAHAN,                          )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )
                                             )
MADISON COUNTY                               )
CORONER'S OFFICE and                         )
BOARD OF COMMISSIONERS OF                     )
MADISON COUNTY,                              )
                                             )
                    Defendant.               ) CAUSE NO.: 1:22-cv-2467-JPH-TAB

> The court acknowledges the Stipulation of Dismissal, Dkt. [78]. The Clerk is DIRECTED to dismiss ONLY Defendant  Board of Commissioners of Madison County from the docket.
> JPH 12/27/2023
> Distribution via ECF

**STIPULATION OF DISMISSAL OF DEFENDANT BOARD OF
COMMISSIONERS OF MADISON COUNTY WITH PREJUDICE**

Plaintiff, Katherine Callahan, and Defendant, Board of Commissioners of Madison County, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Defendant, Board of Commissioners of Madison County, from this lawsuit with prejudice.  The parties shall bear her/its own costs and attorneys' fees. This Stipulation of Dismissal of Defendant Board of Commissioners of Madison County has no effect on Plaintiff's claims against the remaining Defendant, Madison County Coroner's Office.

Attorneys for Plaintiff                      Attorneys for Defendant


/s/ Shannon L. Melton                        /s/ Betsy Sommers (with consent)
Bradley L. Wilson                            Betsy Sommers
Shannon L. Melton                            Matthew L. Hinkle
Wilson Melton, LLC                           Coots, Henke & Wheeler, P.C.
5226 South East Street, Suite A-5            255 E. Carmel Drive
Indianapolis, Indiana 46227                  Carmel, Indiana 46032