UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHERINE CALLAHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 1:22-cv-2467-JPH-TAB ) |
| MADISON COUNTY CORONER'S OFFICE, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear her/its own costs and attorneys' fees.

Attorneys for Plaintiff                                              Attorneys for Defendant


/s/ Bradley L. Wilson                                               /s/ R. Jeffrey Lowe (w/ permission)
Bradley L. Wilson                                                    R. Jeffrey Lowe
Shannon L. Melton                                                    Kightlinger & Gray, LLP
Wilson Melton, LLC                                                   Bonterra Building, Suite 200
5226 South East Street, Suite A-5                                    3620 Blackiston Boulevard
Indianapolis, Indiana 46227                                          New Albany, Indiana 47150